**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**APR 1 8 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-30069-WDS |
| | ) | |
| ADRIAN W. ROGERS, | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Section 111(a)(1) |

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1

### ASSAULTING A FEDERAL OFFICER BY PHYSICAL CONTACT

On or about February 15, 2013, in Bond County, Illinois, in the Southern District of

Illinois,

### ADRIAN W. ROGERS,

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with

Officer Douglas Braning, a Federal Correctional Officer, with the use of physical contact, while

Officer Braning was engaged in his official duties, in violation of Title 18, United States Code,

Sections 111(a)(1).

**A TRUE BILL**

<span style="color:black">████████████</span>
FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Stephen R. Wigginton_
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention